**Order entered April 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01409-CV

**LEATHA A. MUNAI, Appellant**

**V.**

**WILLIAM K. MUNAI, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-04859**

## ORDER

We **GRANT** appellant's April 3, 2014 unopposed motion to extend time to file reply brief and **ORDER** the brief be filed no later than April 21, 2014.  No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE